**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7574**

_____

UNITED STATES OF AMERICA,

          Plaintiff – Appellee,

    v.

MARTIN F. SALAZAR,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Aiken.   Margaret B. Seymour, District Judge. (1:06-cr-00123-MBS-1)

_____

Submitted:  April 27, 2012          Decided:  May 8, 2012

_____

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Martin F. Salazar, Appellant Pro Se. Dean A. Eichelberger, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin F. Salazar appeals the district court's order denying his motion for modification or termination of supervised release. On appeal, we confine our review to the issues raised in Salazar's brief. See 4th Cir. R. 34(b). Because Salazar's informal brief does not challenge the basis for the district court's disposition, Salazar has forfeited appellate review. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED